UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIR KHALJI,<br><br>    Plaintiff,<br><br>    v.<br><br>DELOITTE & TOUCHE LLP, et al.,<br><br>    Defendants. | Case No. 14-cv-00568-WHO<br><br>**ORDER RE JURISDICTION AND PENDING MOTIONS**<br><br>Re: Dkt. Nos. 19, , 23 |

    I have reviewed the parties' submissions regarding jurisdiction and find that subject-matter jurisdiction is absent. I will dismiss this action without prejudice on August 27, 2014, unless before that date plaintiff files an amended complaint that drops non-diverse defendant Deloitte & Touche LLP.

    Defendants' pending motion to dismiss and transfer are DENIED as MOOT.

    **IT IS SO ORDERED**.

Dated: August 15, 2014

                                               WILLIAM H. ORRICK<br>
                                               United States District Judge