UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAZIR KHALJI,

    Plaintiff,

    v.

GARETH DAVIES,

    Defendant.

Case No. 14-cv-00568-WHO

**JUDGMENT**

Judgment is hereby entered in accordance with this Court's Order granting defendant's motion to dismiss.  *See* Dkt. No. 57.

**IT IS SO ORDERED**.

Dated: November 25, 2014

WILLIAM H. ORRICK
United States District Judge